UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA COOK,

        Plaintiff,

                                          Case No. 1:14-cv-1320

v.

                                          HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

        This is a civil action filed pursuant to 42 U.S.C. § 405(g). The parties filed a Joint Stipulation for Allowance of Fees Under the Equal Access to Justice Act (Dkt 15). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 25, 2016, recommending that this Court grant the joint stipulation. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

        **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 18) is APPROVED and ADOPTED as the opinion of the Court.

        **IT IS FURTHER ORDERED** that the Joint Stipulation for Allowance of Fees Under the Equal Access to Justice Act (Dkt 15) is GRANTED for the reasons stated in the Report and Recommendation.

        **IT IS FURTHER ORDERED** that Plaintiff is awarded two thousand, two hundred fifty dollars and zero cents ($2,250.00) pursuant to the Equal Access to Justice Act.

Dated: November 15, 2016                /s/Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge